**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE ) | CHAPTER 13 |
| ) | |
| TANYA T. BRONSON, ) | CASE NO.: 22-13199-MDC |
| Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| BMW BANK OF NORTH AMERICA, ) | |
| Movant ) | **HEARING DATE:** |
| vs. ) | Tuesday, August 22, 2023 |
| ) | 10:30 A.M. |
| TANYA T. BRONSON, ) | |
| Respondent(s) ) | |
| and ) | |
| ) | **LOCATION:** |
| KENNETH E. WEST ) | 900 Market Street, Suite 400 |
| Trustee ) | Courtroom No. Courtroom Number #2 |
| ) | Philadelphia, PA 19107 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Movant, BMW Bank of North America, by and through their attorney, Regina Cohen, who files this Motion based upon the following:

1. The Movant is a corporation having a principal place of business located at 5550 Britton Pkwy, Hilliard, OH 43026.

2. The Respondent, Tanya T. Bronson is an individual with a mailing address at 4604 Penhurst Street, Philadelphia, PA 19124, who has filed a Petition under Chapter 13 of the Bankruptcy Code.

3. On or about June 18, 2021, Debtor Tanya T. Bronson entered into a Retail Installment Sales Contract, involving a loan in the amount of $32,437.49 for the purchase of a 2018 BMW X4 Utility 4D 28i AWD 2.0L I4 Turbo.

4. The vehicle secured by the Contract has V.I.N. 5UXXW3C50J0T83041.

5. Movant is the assignee of the Contract.

6. The above – described vehicle is encumbered by a lien with a payoff in the amount of $24,552.82 plus other appropriate charges as of July 25, 2023 but subject to change. The regular monthly payment is $499.98 at an interest rate of 3.49%.

7. Applying payments received to the earliest payment due, payments have been missed post-petition, since July 18, 2023 in the amount of $489.84, plus all applicable late charges, interest, attorneys' fees and costs plus Pre-Petition Payments of $999.96.

8. The Property has a N.A.D.A. Value of $29,300.00.

9. The vehicle is not necessary to an effective reorganization.

10. The Movant is the only lienholder of record with regard to the vehicle.

11. In order to proceed with repossession of the vehicle, relief from the automatic stay must be obtained.

12. Failure to make adequate protection payments is cause for relief from the automatic stay.

13. The Movant has incurred attorney's fees in the filing of this Motion.

14. The vehicle is a rapidly depreciating asset. Movant requests the waiver of Rule 4001(a)(3).

WHEREFORE, Movant prays for your Honorable Court to enter an Order permitting the Movant to proceed with the repossession proceedings of the aforementioned vehicle.

Respectfully submitted,
Lavin, Cedrone, Graver, Boyd & DiSipio

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
(215) 351-7551