# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| TANYA T. BRONSON, | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | CASE NO.: 22-13199-MDC |
| BMW BANK OF NORTH AMERICA, | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| TANYA T. BRONSON, | ) | |
| and Respondent(s) | ) | **LOCATION:** |
| | ) | 900 Market Street, Suite 400, |
| KENNETH E. WEST | ) | Courtroom No. Courtroom Number #2 |
| | ) | Philadelphia, PA 19107 |
| Trustee | ) | |
| | ) | |

**STIPULATION RESOLVING BMW BANK OF NORTH AMERICA'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

Came on for consideration the Motion for Relief from Automatic Stay (Doc. 34) filed by BMW Bank of North America, ("Movant"), in the above entitled and numbered case, regarding the 2018 BMW X4 Utility 4D 28i AWD 2.0L I4 Turbo, V.I.N. 5UXXW3C50J0T83041 (the "Collateral"). The Court, having considered said Motion and agreement of counsel, is of the opinion that the following Stipulation should be entered.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. **Automatic Stay:** The Automatic Stay provided by 11 U.S.C. §362 shall remain in effect, except as provided below.

2. **Current Monthly Payments**: Debtor(s) shall continue to remit to Movant the regular post-petition monthly payments of $ 499.98, beginning August 18, 2023.

3. **Discharge:** Notwithstanding any provisions hereof, the Automatic Stay of 11 U.S.C.

§362 shall terminate, if not sooner terminated, upon entry of the Order of Discharge.

4. **Conversion to Chapter 7:** The payment terms of this Agreed Order shall not survive upon conversion to a case under Chapter 7 of the Code. In the event of conversion, Movant shall not be bound by the payment schedule of this Agreed Order. Upon conversion of this case to a Chapter 7 case, all pre-petition and post-petition delinquent payments, fees, and charges due under the note shall become immediately payable to Movant, and failure to bring the loan contractually current by the date of entry of the conversion order shall be an event of default under the Default Paragraph of this Agreed Order.

5. **Default:** A default will occur in the event, (1) Movant does not receive a regular post-petition monthly payment by the due date as set forth above in paragraph 2, (2) Debtor fails to keep the Collateral insured, (3) Collateral is total loss. If Debtor default in any way, then Movant may send written notice of the default to Debtor and Counsel for Debtor by Regular Mail and by Certified Mail Return Receipt Requested, postage prepaid. The written notice will give Debtor a 10–day period to cure the default. Cure payments must be made by certified funds only and Movant may charge Debtor $50.00 for any notice given pursuant to this Order. If the account is not brought current within the ten-day period, Movant may be granted relief from the automatic stay imposed by 11 U.S.C. §362 as it relates to the Movant and the Collateral upon filing a Certification of Counsel that Debtor is in default, together with a proposed Order to the Bankruptcy Court, and serving copies of the same upon the Debtor, Debtor's counsel and Chapter 13 Trustee. If the stay terminates pursuant to this Agreed Order, Movant shall be allowed to enforce all its rights and remedies in the Collateral as permitted under the contract and State law, and if applicable, permitted to file an unsecured claim for any remaining deficiency balance.

**IT IS FURTHER ORDERED THAT:** Movant may immediately enforce and implement this Order granting relief from the Automatic Stay and the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, shall not impede the enforcement and implementation of this Order.

Additionally, upon default, Movant shall notify the Court, Debtor(s), Debtor's attorney, and the Chapter 13 Trustee that the Automatic Stay has been terminated. This Stipulation may be executed by facsimile and such facsimile signatures shall be deemed as originals.

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED: 8/21/23               /s/Brad J. Sadek
                             BRAD J. SADEK
                             Attorney for the Debtor

CONSENTED TO BY:

DATED: 8/21/23               *Regina Cohen*
                             REGINA COHEN
                             Attorney for BMW Bank of North America

CONSENTED TO BY:             No Objection
                             /s/ LeeAne O. Huggins
DATED: August 22, 2023
                             KENNETH E. WEST
                             Chapter 13 Truste

SO ORDERED:                  *Magdeline D. Coleman*

ENTERED ON: August 23, 2023
                             Magdeline D. Coleman
                             United States Bankruptcy Judge

4

# Exhibit B



11/25/2025

Tanya T. Bronson
4604 Penhurst Street
Philadelphia, PA 19124

SENT VIA CERTIFIED MAIL RRR# XXXX XXXX XXXX XXXX XXXX

| | | |
|---|---|---|
| RE: | Creditor: | BMW Bank of North America |
| | Debtor: | Tanya T. Bronson |
| | Case No.: | 22-13199 |
| | Account Number: | |
| | Collateral: | 2018 BMW X4 Utility 4D 28i AWD 2.0L I4 Turbo |
| | VIN No.: | 5UXXW3C50J0T83041 |
| | AIS File No.: | |

Number of Default under Agreed Order 01

NOTICE OF DEFAULT

Please be advised that AIS Portfolio Services, LLC is the bankruptcy service provider BMW Bank of North America, with respect to the above-referenced account number and pending bankruptcy proceeding.

Debtor has failed to comply with the terms stated in the Agreed order entered on 08/23/2023 in the above referenced matter. Pursuant to the terms of Agreed order, we are providing our client's Notice of Default to you for the following reason(s):

1. Failure to provide post-petition payments of $1,499.46 as of 11/25/2025 required under the terms of Agreed order.

    • 3 number of payments missed since the date of Agreed Order.

In the event that the default is not cured on or before 12/08/2025 which is 10 days plus an additional three (3) days allowed for mailing time from the date of this letter, BMW Bank of North America, file a Certificate of Noncompliance with the court BMW Bank of North America, as will be entitled to exercise its rights in accordance with the terms as stated in the Agreed order. Please remit payment via certified funds to:

AIS Portfolio Service
Bankruptcy Department
1400 City View Drive
Columbus, OH 43215

Do not hesitate to contact us directly at [(888) 455-6662+ 47340] if you have any questions or concerns.

                                                    Sincerely,
                                                    AIS Portfolio Services Referral Team

Enclosure:

Cc: SENT VIA REGULAR U.S. MAIL

Tanya T. Bronson
4604 Penhurst Street
Philadelphia, PA 19124

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102